UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 05 B 48236
   JUAN V MILLAN
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-7470
```

---
TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/11/05 and confirmed on 01/11/06.

2. The plan is paid in full.

3. The Debtor paid a total of $ 30600.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMC MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| AMCA | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN AIRLINES CU | UNSECURED | 14908.61 | .00 | 8081.90 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| JP MORGAN CHASE BANK | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4459.05 | .00 | 2417.23 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 11643.80 | .00 | 6312.06 |
| DISCOVER BANK | UNSECURED | 7914.31 | .00 | 4290.32 |
| HINSDALE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3348.64 | .00 | 1815.29 |
| QUIK PAYDAY.COM | UNSECURED | 640.00 | .00 | 346.94 |
| ROUNDUP FUNDING LLC | UNSECURED | 364.04 | .00 | 197.34 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 532.67 | .00 | 288.76 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 5202.21 | .00 | 2820.10 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 49013.33 | .00 | 49013.33 |
| PRINCIPAL PAID | .00 | .00 | 26569.94 | .00 | 26569.94 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 26569.94 | .00 | 26569.94 |

The Debtor's attorney, DAVID M SIEGEL              , was allowed $ 2700.00 and was paid $ 2700.00 .

The Trustee received $ 1330.06 .

Refunds to the Debtor totaled $      .00 .

 Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/16/09        /S/
             GLENN STEARNS
             CHAPTER 13 TRUSTEE